```
Function = CHANGE                                              CIVIL CASE SCREEN 1
              Case Number: 19-C-51              Date Filed:            04/25/19
         Plaintiff                              Re-issue Date:
Name  : DON BLANKENSHIP                         Civil Action: JUDT  100
Alpha : BLANKENSHIP, DON    Pro Se: N  Waiver: N   JUDGMENT
Addr  : 102 E 2ND AVE
City  : WILLIAMSON          State: WV Zip: 25661   CIRCUIT JUDGE: 3
Phone : 304 235 2735                               MIKI THOMPSON
                                                   Appellate Judge:
        Defendant
Name  : DONALD TRUMP, JR
Alpha : TRUMP, DONALD, JR   Pro Se: _  Waiver: _   Issue Date:          04/25/19
Addr  : 725 FIFTH AVE                              Service: _____  Method: __
City  : NEW YORK            State: NY Zip: 10022   Answer Date:
Phone : ___ ___ ____                #days: 020     Answer Filed:
        2nd Defendant
Name  :
Alpha :                     Pro Se: _  Waiver: _   Issue Date:
Addr  :                                            Service: _____  Method: __
City  :                     State: __ Zip: _____   Answer Date:
Phone : ___ ___ ____                #days: ___     Answer Filed:

<Ent>=Cont  N=Notes  M=Menu  C=Chg  1-4=Scr  F=Fwd  B=Bck  I=Index  O=Othr
```

STATE OF WEST VIRGINIA
COUNTY OF MINGO,
I, LONNIE HANNAH, CLERK OF CIRCUIT COURT OF SAID COUNTY AND IN SAID STATE, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE COPY FROM THE RECORDS OF SAID COURT, GIVEN UNDER MY HAND AND SEAL OF SAID COURT THIS 24th DAY OF July 2019
_____ CLERK
CIRCUIT COURT OF MINGO COUNTY, W.V.

EXHIBIT A

```
FUNCTION = CHANGE                                                        CASE SCREEN 4
     Case number : 19-C-51                              Action Log
        DON BLANKENSHIP                        vs. DONALD TRUMP, JR
Line   Date                      Action / Results
  1  04/25/19  COMPLAINT & CIVIL CASE INFO FILED;
  2  05/15/19  MOTION FOR PRO HAC VICE ADMISSION OF JEREMY GRAY FILED;
  3  05/15/19  MOTION FOR PRO HAC VICE ADMISSION OF KEVIN S.SINCLAIR FILED;
  4  05/15/19  MOTION FOR PRO HAC VICE ADMISSION OF ERIC P.EARLY FILED;
  5  05/15/19  MOTION FOR PRO HAC VICE ADMISSION OF ZACHARY GIDDING FILED;
  6  05/16/19  RECEIPTS OF PAYMENT FROM JEREMY GRAY,KEVIN SINCLAIR,ERIC EARLY,
  7            AND ZACHARY GIDDING FOR STATE BAR PRO HAC VICE   FILED;
  8  05/20/19  ORDER GRANTING PRO HAC VICE APPLICATION OF JEREMY GRAY ENTERED;
  9  05/20/19  ORDER GRANTING PRO HAC VIC APPLICATION OF KEVIN S.SINCLAIR
 10            ENTERED;
 11  05/20/19  ORDER GRANTING PRO HAC VIC APPLICATION OF ERIC P.EARLY   ENTERED;
 12  05/20/19  ORDER GRANTING PRO HAC VIC APPLICATION OF ZACHERY GIDDING
 13            ENTERED;
 14  06/12/19  SUMMONS ISSUED AND SENT CERT TO DONALD TRUMP JR FILED;
```

STATE OF WEST VIRGINIA
C... ... ...  MINGO,
I, LONNIE HANNAH, CLERK OF CIRCUIT COURT OF SAID COUNTY
... ... ... STATE, DO HEREBY CERTIFY THAT THE FOREGOING
... ... COPY FROM THE RECORDS OF SAID COURT, 24th
... UNDER MY HAND AND SEAL OF SAID COURT THIS 24th
       July 2019

_____ CLERK
CIRCUIT COURT OF MINGO COUNTY, WEST VIRGINIA