USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6   Statement of Visiting Attorney and Designation of Local Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON  ▼

Don Blankenship

**STATEMENT OF VISITING ATTORNEY
AND DESIGNATION OF LOCAL COUNSEL**

V.

CIVIL ACTION ▼ NUMBER  2:19-cv-00549

Donald Trump, Jr.

---

| | |
|---|---|
| Jeremy Gray, Esq./ EARLY SULLIVAN WRIGHT GIZER & McRAE LLP | CA 150075 |
| *Name of Visiting Attorney and firm name* | *Bar ID number* |

Plaintiff DON BLANKENSHIP

*Name of party represented*

State Bar of California
San Francisco (Main Office)
180 Howard Street, San Francisco, CA 94105

*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

6420 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90048

*Visiting Attorney's office address*

| (323) 301-4660 | (323) 301-4676 | Jgray@earlysullivan.com |
|---|---|---|
| *Visiting Attorney's office telephone number* | *Office fax number* | *Email address* |

Jeffrey S. Simpkins, Esq./ THE SIMPKINS LAW OFFICE, PLLC

WV 9806

*Name of Sponsoring Attorney and firm name*   *WV Bar ID number*

102 E Second Avenue
Williamson, West Virginia 25661

*Sponsoring Attorney's office address*

| (304) 235-2735 | (304) 235-2737 | simpkinslawoffice@gmail.com |
|---|---|---|
| *Sponsoring Attorney's office telephone number* | *Office fax number* | *Email address* |

USDC/ATTY-001 (Rev. 03/11) | LR Civ P 83.6 or LR Cr P 44.6  Statement of Visiting Attorney and Designation of Local Counsel

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

_8/7/19_
Date

_____
Signature of Visiting Attorney

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

_8/6/19_
Date

_____
Signature of Sponsoring Attorney

### ** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. Login and Password; Registration.**



Jeremy J.F. Gray
Log out

# Thank You for Your Payment



Thank you for submitting your information and payment. You will be contacted if further information is needed. Decisions of granting or denying Pro Hac Vice motions are not made by The West Virginia State Bar, but by the tribunal to which the motion was submitted. For more information please emal PHV@wvbar.org

To view your submission status click here

Your transaction has been processed successfully. Please print this page for your records.
An email receipt has also been sent to jgray@earlysullivan.com

## Payment Information

| Item | Qty | Unit Price | Total Price |
|---|---|---|---|
| Number of Out-Of-State Lawyers | 1 | $ 358.00 | $ 358.00 |

**Payment Total: $ 358.00**

Date: August 9th, 2019 5:25 PM
Transaction #: 61859437478

## PHV Case Information

| | |
|---|---|
| Civil Action Number | 2:19-cv-00549 |
| Email | jgray@earlysullivan.com |

## Billing Name and Address

Scott E Gizer

6420 Wilshire Boulevard
Los Angeles, CA 90048

## Your Email

jgray@earlysullivan.com

## Credit Card Information

Visa

************2047

Expires: March 2020

All Contents Copyright © 2019, The WV State Bar. All Rights Reserved.
The West Virginia State Bar | 2000 Deitrick Boulevard, Charleston, WV 25311-1231
Toll Free: 866-989-8227| Phone: 304-553-7220

Click here for assistance if you are having technical difficulties or have questions.