# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

**DON BLANKENSHIP,**

    Plaintiff,

v.                                                            Civil Action No. 2:19-cv-00549

**DONALD TRUMP, JR.; and**
**DOES 1-50 inclusive,**

    Defendants.

## ORDER

For reasons appearing to the Court, it is hereby **ORDERED** that this matter be transferred to Rory L. Perry, II, Clerk of the Court, for reassignment to another Magistrate Judge. The Court is directed to transmit a copy of this Order to counsel of record and any unrepresented party.

Enter: June 11, 2020

                                                        Dwane L. Tinsley
                                                        United States Magistrate Judge