```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON


DON BLANKENSHIP,

        Plaintiff,

v.                              Civil Action No. 2:19-cv-00549

DONALD TRUMP, JR. and
DOES 1-50 INCLUSIVE,

        Defendants.
```

### ORDER

On September 17, 2019, the court entered an order setting forth a schedule by which this case is to proceed, including a deadline to complete discovery by May 29, 2020.  See ECF No. 14.  On February 13, 2020, the court granted the defendant's motion to stay discovery in this matter pending the resolution of the defendant's motion to dismiss (ECF No. 3) and until further order of the court.  See ECF No. 21.

For reasons appearing to the court, it is ORDERED that all events and deadlines in the court's previous scheduling order are stayed pending resolution of the motion to dismiss and until further order of the court.  The court will enter an amended scheduling order once the stay is lifted.

**The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.**

                        **ENTER: September 8, 2020**

_____
John T. Copenhaver, Jr.
Senior United States District Judge