# EXHIBIT #1

Twitter Embed                                                                                                    5/30/22, 11:43 PM



**Donald Trump Jr.**
@DonaldJTrumpJr

I hate to lose. So I'm gonna go out on a limb here and ask the people of West Virginia to make a wise decision and reject Blankenship!

No more fumbles like Alabama. We need to win in November. #wv #wvpol

3:44 PM · May 3, 2018

♡ 16.2K    💬 Reply    ↑ Share

Read 2.4K replies