CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION
CASE NO.: 2:19-cv-00549

DON BLANKENSHIP,
    Plaintiff(s),
-vs-
DONALD TRUMP, JR.,
    Defendant(s).
_____/

                Trump International Golf Club West
                Palm Beach
                3505 Summit Blvd
                West Palm Beach, FL 33406

                DATE: Monday, December 6, 2021
                TIME: 10:15 a.m. - 12:55 p.m.

VIDEO DEPOSITION OF DONALD TRUMP, JR.

        Taken on behalf of the PLAINTIFF before
Jennifer L. Bush, RPR, FPR, FPR-C, Notary Public in and
for the State of Florida at Large, pursuant to Notice of
Taking Deposition in the above cause.

Veritext Legal Solutions
800-726-7007

EXHIBIT B

CONFIDENTIAL

Page 124

1  THE WITNESS:  He was the leader of the
2  Senate, so I imagine he did, but I'm not aware of
3  what.
4  BY MR. SIMPKINS:
5       Q.    Did you yourself have any influence with
6  the RNC in May of 2018?
7       A.    You'd have to ask them that.
8       Q.    Pardon?
9       A.    You'd have to ask them that.
10      Q.    Okay.  Did you attend the RNC's annual
11 spring meeting on May the 3rd, 2018?
12      A.    I believe so.
13      Q.    Okay.  Do you know where it was located?
14      A.    I think that was down in Trump Doral.
15      Q.    Is that Miami?
16      A.    In Miami, yes.
17      Q.    I assume that you were invited to attend
18 this RNC meeting?
19      A.    I think I had other meetings that were
20 going on simultaneously down there that day, just part of
21 my day job as well.  But I imagine that the two lined up,
22 yes.
23      Q.    Did your father, President Trump, did he
24 attend the RNC meeting?
25      A.    I don't remember.

CONFIDENTIAL

Page 125

1  Q. Okay. Did Senator McConnell attend the RNC
2  meeting?
3  A. I don't remember.
4  Q. Okay. Can you summarize the agenda of this
5  RNC meeting back in May of 2018?
6  A. Until I prepped for this with these guys, I
7  didn't even remember being there.
8  Q. What was your purpose for attending this
9  RNC meeting?
10  A. I don't remember.
11  Q. What did you do at the RNC meeting?
12  A. I think I gave a speech.
13  Q. Okay. Do you know what you spoke about?
14  A. No idea.
15  Q. Did you have any communications with anyone
16  about Mr. Blankenship during this RNC meeting?
17  A. Not that I can recall.
18  Q. Did you tweet the Exhibit 7 tweet during or
19  after the RNC meeting?
20  A. I don't know.
21  Q. Do you know -- okay, the meeting -- the RNC
22  was in May of 2018. Do you know -- strike that. So you
23  don't know whether or not you tweeted during or after the
24  RNC meeting?
25  A. I don't.

CONFIDENTIAL

Page 126

1  Q. Okay.  Did you discuss the Exhibit 7 tweet
2 with anyone at this RNC meeting?
3  A. Not that I recall.
4  Q. Did you tweet the Exhibit 8 tweet during
5 this RNC meeting?
6  A. I don't know.
7  Q. Did you discuss the Exhibit 8 tweet with
8 anyone at the N.R. -- strike that -- at the RNC meeting?
9  A. I don't know.
10  Q. In regard to the republican party, who were
11 the leaders of the republican party during the 2018
12 election cycle?  I assume your father, but who else?
13  A. Ronna McDaniel from RNC standpoint.  Mitch
14 McConnell from the Senate and Kevin McCarthy, I guess, in
15 the House.
16  Q. Okay.  Were you --
17  A. Scratch that.  It could have still been --
18   MR. ADKINS:  Yeah.
19   THE WITNESS:  That's how memorable he is.
20 Guy from Wisconsin.
21   MR. ADKINS:  Yeah, tall guy.  Ryan.
22   MR. MCMILLAN:  Paul Ryan?
23   THE WITNESS:  Paul Ryan.  See.  Could have
24 still been Paul Ryan I guess, and that changed
25 shortly thereafter.

CONFIDENTIAL

Page 129

1      A.    Yes.
2            MR. ADKINS:  Object to form.
3  BY MR. SIMPKINS:
4      Q.    Did President Trump have any influence with
5  the NRSC in May of 2018?
6      A.    He's the President, I imagine he did.
7      Q.    Okay.  Did Senator McConnell have any
8  influence with the NRSC?  I think you've already answered
9  that, but you can answer.
10     A.    I imagine he did.
11     Q.    Okay.  Did you have any influence with the
12 NRSC in May of 2018?
13     A.    I don't know.
14     Q.    Have to ask them?
15     A.    You'd have to ask them, yes.
16     Q.    Okay.  Do you know former NRSC Chairman and
17 Senator Cory Gardner?
18     A.    I do.
19     Q.    Okay.  How do you know Senator Cory
20 Gardner?
21     A.    He was a senator from Colorado, through
22 various political events.
23     Q.    Okay.  Did you have any communications
24 about Mr. Blankenship with Senator Gardner?
25     A.    Not that I recall.

CONFIDENTIAL

Page 130

```
 1            Q.    Do you know former NRSC Executive Director
 2      Kevin McLaughlin?
 3            A.    I believe we've met, but I don't know him
 4      well.
 5            Q.    You don't know him well?
 6            A.    No.
 7            Q.    Okay.  Are you an acquaintance with
 8      Mr. McLaughlin?
 9            A.    Not really.
10            Q.    Are you a colleague of Mr. McLaughlin?
11            A.    I don't know about that either.  I mean...
12            Q.    Okay.  Have you had any discussions or
13      communications with Mr. Blankenship with Mr. McLaughlin?
14            A.    Not that I recall, no.
15            Q.    Have you had any communications or
16      discussions about Mr. Blankenship with anyone affiliated
17      with the NRSC?
18            A.    Not that I remember.
19            Q.    Did you know Rupert Murdoch in May of 2018?
20            A.    I have met him a few times, but not well.
21            Q.    Had you met him in 2018?
22            A.    Before that, yes.
23            Q.    Okay.  Do you know when you first met
24      Rupert Murdoch?
25            A.    I don't recall, no.
```