# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

Date: 7/14/2022        Case Number 2:19-cv-00549

Case Style             Blankenship vs. Trump

Type of hearing        Telephonic Status Conference

Before the Honorable: 2508-Copenhaver

Court Reporter                                    Courtroom Deputy  Law Clerk

Attorney(s) for the Plaintiff or Government

Jeffrey Simpkins

Attorney(s) for the Defendant(s)

J. Adkins

Law Clerk              JAH

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 9:02 AM | 9:05 AM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 00:03

## Courtroom Notes

Scheduled Start: 9:00 AM
Actual Start: 9:02 AM

Parties convene for a telephonic status conference. The court informs the parties that due to the length of a trial the court is currently conducting, the schedule in this matter will be stayed pending further order of the court.  Order forthcoming.

End Time: 9:05 AM