UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

DON BLANKENSHIP,

       Plaintiff,

v.                      Civil Action No. 2:19-cv-00549

DONALD TRUMP, JR.; and
DOES 1-50 inclusive,

       Defendants.


ORDER

      On July 14, 2022, the court held a telephonic status conference with the parties in the above-styled action.

      For reasons stated during the conference, it is ORDERED that the schedule of all remaining events in this matter (ECF 34) is STAYED pending further order of the court.

      The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

                    ENTER: July 15, 2022

                    John T. Copenhaver, Jr.
                    Senior United States District Judge